Issa K. Moe, Bar No. 254998
MOSS & BARNETT, P.A.
4800 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402
(612) 877-5399/FAX (612) 877-5016
MoeI@moss-barnett.com

Christopher D. Holt, Bar No. 228399
KLINEDINST PC
5 Hutton Centre Drive, Suite 1000
Santa Ana, California 92707
(714) 542-1800/FAX (714) 542-3592
cholt@klinedinstlaw.com

Attorneys for Defendant
NORTHLAND GROUP, INC.

FILED
NORTH COUNTY DIVISION

2013 OCT 23 AM 11:35

CLERK-SUPERIOR COURT
SAN DIEGO, CA

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

### FOR THE COUNTY OF SAN DIEGO

| | |
|---|---|
| MEGAN LACHI,<br><br>    Plaintiff,<br><br>v.<br><br>GE CAPITAL BANK, *et al.*,<br><br>    Defendants. | Case No.: 37-2013-00066961-CU-MC-NC<br><br>**ANSWER OF DEFENDANT<br>NORTHLAND GROUP, INC.** |

TO THE CLERK OF THE ABOVE-ENTITLED COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

    Northland Group, Inc. ("Northland"), one of the defendants in the above-captioned action, in answer to the complaint of the plaintiff, Megan Lachi ("Plaintiff"), on file herein, admits, denies and alleges as follows:

    Pursuant to Cal. Code Civ. P. § 431.30(d), Northland denies, generally and specifically, each, every and all of the allegations of the complaint as a whole, and further generally and specifically denies that Plaintiff has sustained any loss, injury, or damage as a proximate result of any act, breach, or omission on the part

of Northland.

## AFFIRMATIVE DEFENSES

### FIRST DEFENSE

Plaintiff's complaint fails to state a claim upon which relief can be granted.

### SECOND DEFENSE

Plaintiff's claims are barred by Plaintiff's unclean hands.

### THIRD DEFENSE

On information and belief, Plaintiff may be contractually obligated to arbitrate any dispute, claim or controversy that arises out of the transaction that is the subject matter of the instant litigation.

### FOURTH DEFENSE

Any violation of law, which Northland denies, was not intentional and was the result of a bona fide error notwithstanding the maintenance of procedures reasonably adapted to avoid such error.

### FIFTH DEFENSE

Plaintiff's action against Northland is barred, in whole or in part, by the applicable statute(s) of limitations.

### SIXTH DEFENSE

Northland's actions have not been willful or knowing, to the extent that they violate any law, which Northland denies.

### SEVENTH DEFENSE

Plaintiff has suffered no damages as a result of any acts or omissions of Northland.

### EIGHTH DEFENSE

On information and belief, Plaintiff may have provided consent to be contacted on Plaintiff's cellular telephone or residential telephone number by an automatic telephone dialing system or an artificial or prerecorded voice, if any

MOSS & BARNETT, P.A.
4800 WELLS FARGO CENTER
90 SOUTH SEVENTH STREET
MINNEAPOLIS, MN 55402

such contact was made.

### NINTH DEFENSE

Northland may have additional defenses that cannot be articulated due to Plaintiff's failure to particularize Plaintiff's claims, due to the fact that Northland does not have copies of certain documents bearing on Plaintiff's claims and due to Plaintiff's failure to provide more specific information concerning the nature of the claims for damages and certain costs that Plaintiff alleges Northland may be fully or partially responsible for. Northland, therefore, reserves the right to assert additional defenses upon further particularization of Plaintiff's claims, upon examination of the documents provided, upon discovery of further information concerning the alleged claims for damages and costs, and upon the development of other pertinent information.

WHEREFORE, Northland prays for an order and judgment of this Court in its favor and against Plaintiff as follows:

1. Dismissing all causes of action against it with prejudice and on the merits; and

2. Awarding it such other and further relief as the Court deems just and equitable.

MOSS & BARNETT, P.A.

Dated: October 23, 2013      By: _____
ISSA K. MOE
Attorneys for Defendant
NORTHLAND GROUP, INC.

- 3 -
ANSWER OF DEFENDANT NORTHLAND GROUP, INC. TO PLAINTIFF'S COMPLAINT

Issa K. Moe, Bar No. 254998
MOSS & BARNETT, P.A.
4800 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402
(612) 877-5399/FAX (612) 877-5016
MoeI@moss-barnett.com

Christopher D. Holt, Bar No. 228399
KLINEDINST PC
5 Hutton Centre Drive, Suite 1000
Santa Ana, California 92707
(714) 542-1800/FAX (714) 542-3592
cholt@klinedinstlaw.com

Attorneys for Defendant
NORTHLAND GROUP, INC.

# SUPERIOR COURT OF THE STATE OF CALIFORNIA

# FOR THE COUNTY OF SAN DIEGO

| | |
|---|---|
| MEGAN LACHI,<br><br>    Plaintiff,<br><br>v.<br><br>GE CAPITAL BANK, *et al.*,<br><br>    Defendants. | Case No. 37-2013-00066961-CU-MC-NC<br><br>**CERTIFICATE OF SERVICE** |

- 1 -

**CERTIFICATE OF SERVICE**

# CERTIFICATE OF SERVICE

STATE OF MINNESOTA   )
                     )
COUNTY OF HENNEPIN   )

I declare that:

I am and was at the time of service of the papers herein, over the age of eighteen (18) years and am not a party to the action. I am employed in the County of Hennepin, Minnesota, and my business address is 4800 Wells Fargo Center, 90 South 7th Street, Minneapolis, Minnesota 55402.

On **October 23, 2013**, I caused to be served the following documents:

**ANSWER OF DEFENDANT NORTHLAND GROUP, INC.**

☒ **BY REGULAR MAIL:** I caused such envelopes to be deposited in the United States mail, at Minneapolis, Minnesota, with postage thereon fully prepaid, individually, addressed to the parties as indicated. I am readily familiar with the firm's practice of collection and processing correspondence in mailing. It is deposited with the United States postal service each day and that practice was followed in the ordinary course of business for the service herein attested to. (Fed. R. Civ. P. 5(b)(2)(B).)

☐ **BY OVERNIGHT SERVICE:** I caused such envelopes to be delivered by Overnight/Express Mail Delivery to the addressee(s) noted in this Certificate of Service.

☐ **BY FACSIMILE TRANSMISSION:** I caused a true copy of the foregoing document(s) to be transmitted (by facsimile # ) to each of the parties mentioned above at the facsimile machine and as last given by that person on any document which he or she has filed in this action and served upon this office.

☐ **BY ELECTRONIC FILING SERVICE:** By electronically filing the foregoing document(s) using the CM/ECF system. Service of an electronically filed document upon a CM/ECF User who has consented to electronic service is deemed complete upon the transmission of the Notice of Electronic Filing ("NEF"). The NEF will be maintained with the original document(s) in our office.

☐ **BY PERSONAL SERVICE:** I served the person(s) listed below by leaving the documents, in an envelope or package clearly labeled to identify the person being served, to be personally served via Metro Legal Services on the parties listed on the service list below at their designated business address.

　　☐ By personally delivering the copies;

　　☐ By leaving the copies at the attorney's office;

　　　　☐ With a receptionist, or with a person having charge thereof; or

2409245v1

Moss & Barnett, P.A.
4800 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402

☐ In a conspicuous place in the office between the hours of _____ in the morning and five in the afternoon;

☐ By leaving the copies at the individual's residence, a conspicuous place, between the hours of eight in the morning, and six in the afternoon.

**SEE ATTACHED SERVICE LIST**

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the United States Postal Service on that same day with postage thereon fully prepaid at Minneapolis, Minnesota, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on October 23, 2013, at Minneapolis, Minnesota.

*Andrea P. Lande*
Andrea P. Lande

- 3 -

CERTIFICATE OF SERVICE

Service List
MEGAN LACHI, V. GE CAPITAL BANK, *et al.*

| Karen S. Spicker, Esq.<br>Doan Law Firm, LLP<br>Suite D<br>2850 Pio Pico Dr.<br>Carlsbad, CA 92008 | Attorney for Plaintiff |
|---|---|

- 4 -

CERTIFICATE OF SERVICE

2409245v1