Issa K. Moe, Bar No. 254998
MOSS & BARNETT, P.A.
4800 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402
(612) 877-5399/FAX (612) 877-5016
MoeI@moss-barnett.com

Christopher D. Holt, Bar No. 228399
KLINEDINST PC
5 Hutton Centre Drive, Suite 1000
Santa Ana, California 92707
(714) 542-1800/FAX (714) 542-3592
cholt@klinedinstlaw.com

Attorneys for Defendant
NORTHLAND GROUP, INC.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEGAN LACHI,<br><br>          Plaintiff,<br><br>     v.<br><br>GE CAPITAL BANK, *et al.*,<br><br>          Defendants. | Case No. 3:13-cv-02568-GPC-WMC<br><br>**NOTICE OF PARTY WITH FINANCIAL INTEREST OF DEFENDANT NORTHLAND GROUP, INC.** |

TO THE CLERK OF THE ABOVE-ENTITLED COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

The undersigned, counsel of record for Northland Group, Inc., one of the defendants in the above-captioned action, certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal:

Megan Lachi

Northland Group, Inc.

GE Capital Bank

- 1 -
**NOTICE OF PARTY WITH FINANCIAL INTEREST OF DEFENDANT NORTHLAND GROUP, INC.**
2408561v1

1  CACH, LLC

2  Encore Receivable Management, Inc.

3

4  　　　　　　　　　　　　　　　　　MOSS & BARNETT, P.A.

5

6  Dated: October 24, 2013　　　　　　By:   s/ Issa K. Moe
7  　　　　　　　　　　　　　　　　　　　　　ISSA K. MOE
   　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant
8  　　　　　　　　　　　　　　　　　　　　　NORTHLAND GROUP, INC.

Moss & Barnett, P.A.
4800 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402

Issa K. Moe, Bar No. 254998
MOSS & BARNETT, P.A.
4800 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402
(612) 877-5399/FAX (612) 877-5016
MoeI@moss-barnett.com

Christopher D. Holt, Bar No. 228399
KLINEDINST PC
5 Hutton Centre Drive, Suite 1000
Santa Ana, California 92707
(714) 542-1800/FAX (714) 542-3592
cholt@klinedinstlaw.com

Attorneys for Defendant
NORTHLAND GROUP, INC.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEGAN LACHI,<br><br>          Plaintiff,<br><br>     v.<br><br>GE CAPITAL BANK, *et al.*,<br><br>          Defendants. | Case No.  3:13-cv-02568-GPC-WMC<br><br>**CERTIFICATE OF SERVICE** |

- 1 -

**CERTIFICATE OF SERVICE**

2409268v1

# CERTIFICATE OF SERVICE

STATE OF MINNESOTA )
)
COUNTY OF HENNEPIN )

I declare that:

I am and was at the time of service of the papers herein, over the age of eighteen (18) years and am not a party to the action. I am employed in the County of Hennepin, Minnesota, and my business address is 4800 Wells Fargo Center, 90 South 7th Street, Minneapolis, Minnesota 55402.

On **October 24, 2013**, I caused to be served the following documents:

**NOTICE OF PARTY WITH FINANCIAL INTEREST OF DEFENDANT NORTHLAND GROUP, INC.**

[☒] **BY REGULAR MAIL:** I caused such envelopes to be deposited in the United States mail, at Minneapolis, Minnesota, with postage thereon fully prepaid, individually, addressed to the parties as indicated. I am readily familiar with the firm's practice of collection and processing correspondence in mailing. It is deposited with the United States postal service each day and that practice was followed in the ordinary course of business for the service herein attested to. (Fed. R. Civ. P. 5(b)(2)(B).)

[ ] **BY OVERNIGHT SERVICE:** I caused such envelopes to be delivered by Overnight/Express Mail Delivery to the addressee(s) noted in this Certificate of Service.

[ ] **BY FACSIMILE TRANSMISSION:** I caused a true copy of the foregoing document(s) to be transmitted (by facsimile # ) to each of the parties mentioned above at the facsimile machine and as last given by that person on any document which he or she has filed in this action and served upon this office.

[ ] **BY ELECTRONIC FILING SERVICE:** By electronically filing the foregoing document(s) using the CM/ECF system. Service of an electronically filed document upon a CM/ECF User who has consented to electronic service is deemed complete upon the transmission of the Notice of Electronic Filing ("NEF"). The NEF will be maintained with the original document(s) in our office.

[ ] **BY PERSONAL SERVICE:** I served the person(s) listed below by leaving the documents, in an envelope or package clearly labeled to identify the person being served, to be personally served via Metro Legal Services on the parties listed on the service list below at their designated business address.

[ ] By personally delivering the copies;

[ ] By leaving the copies at the attorney's office;

[ ] With a receptionist, or with a person having charge thereof; or

- 2 -

CERTIFICATE OF SERVICE

2409268v1

1 ☐ In a conspicuous place in the office between the hours of _____ in the morning and five in the afternoon;

2 ☐ By leaving the copies at the individual's residence, a conspicuous place, between the hours of eight in the morning, and six in the afternoon.

**SEE ATTACHED SERVICE LIST**

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the United States Postal Service on that same day with postage thereon fully prepaid at Minneapolis, Minnesota, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on October 24, 2013, at Minneapolis, Minnesota.

       s/ Andrea P. Lande
       Andrea P. Lande

Moss & Barnett, P.A.
4800 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402

Service List
MEGAN LACHI, V. GE CAPITAL BANK, *et al.*

| | |
|---|---|
| **Karen S. Spicker, Esq.**<br>Doan Law Firm, LLP<br>Suite D<br>2850 Pio Pico Dr.<br>Carlsbad, CA 92008 | Attorney for Plaintiff |

MOSS & BARNETT, P.A.
4800 WELLS FARGO CENTER
90 SOUTH SEVENTH STREET
MINNEAPOLIS, MN 55402

- 4 -

**CERTIFICATE OF SERVICE**

2409268v1